IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ioannou, Odysseus

Printed: 11/25/08

Case Number: 06 B 16839
Judge: Hollis, Pamela S
Filed: 12/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 21, 2008
Confirmed: February 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,300.00 |  |
| Secured: |  | 12,078.99 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,354.00 |
| Trustee Fee: |  | 867.01 |
| Other Funds: |  | 0.00 |
| Totals: | 15,300.00 | 15,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,354.00 | 2,354.00 |
| 2. | Truman Capital Mortgage | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 13,389.13 | 10,722.42 |
| 4. | Truman Capital Mortgage | Secured | 4,282.50 | 1,356.57 |
| 5. | Capital One | Unsecured | 248.83 | 0.00 |
| 6. | General Motors Acceptance Corp | Unsecured | 498.73 | 0.00 |
| 7. | Quality Foods | Unsecured | 16,769.41 | 0.00 |
| 8. | Stap Inc | Unsecured | 2,743.73 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 786.63 | 0.00 |
| 10. | Nissan Motor Acceptance Corporation | Unsecured | 2,485.45 | 0.00 |
| 11. | Maloney Cunningham & Devic | Unsecured | 2,056.40 | 0.00 |
| 12. | Michael Navilli & Sons | Unsecured | 576.54 | 0.00 |
| 13. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 14. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 15. | Charter One Bank | Unsecured |  | No Claim Filed |
| 16. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 17. | Broadway Bank | Unsecured |  | No Claim Filed |
| 18. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 19. | Associates/Citibank | Unsecured |  | No Claim Filed |
| 20. | Fleet Bank | Unsecured |  | No Claim Filed |
| 21. | Bank Of America | Unsecured |  | No Claim Filed |
| 22. | Bank Of America | Unsecured |  | No Claim Filed |
| 23. | Bank One | Unsecured |  | No Claim Filed |
| 24. | Bank Of America | Unsecured |  | No Claim Filed |
| 25. | Bank Of America | Unsecured |  | No Claim Filed |
| 26. | Bank One | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ioannou, Odysseus

Printed: 11/25/08

Case Number:  06 B 16839
Judge: Hollis, Pamela S
Filed:  12/19/06

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 28. | HSBC | Unsecured | | No Claim Filed |
| 29. | Capital One | Unsecured | | No Claim Filed |
| 30. | Capital One | Unsecured | | No Claim Filed |
| 31. | Finger Furniture | Unsecured | | No Claim Filed |
| 32. | Chase | Unsecured | | No Claim Filed |
| 33. | Citibank | Unsecured | | No Claim Filed |
| 34. | Citibank | Unsecured | | No Claim Filed |
| 35. | Citibank | Unsecured | | No Claim Filed |
| 36. | NW Collector | Unsecured | | No Claim Filed |
| 37. | First USA Bank N A | Unsecured | | No Claim Filed |
| 38. | HSBC | Unsecured | | No Claim Filed |
| 39. | First USA Bank N A | Unsecured | | No Claim Filed |
| 40. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 41. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 42. | First USA | Unsecured | | No Claim Filed |
| 43. | GE Capital Corporation | Unsecured | | No Claim Filed |
| 44. | HSBC | Unsecured | | No Claim Filed |
| 45. | Guaranty Bank | Unsecured | | No Claim Filed |
| 46. | Harris Bank | Unsecured | | No Claim Filed |
| 47. | Capital One | Unsecured | | No Claim Filed |
| 48. | GEMB | Unsecured | | No Claim Filed |
| 49. | First Chicago Bank | Unsecured | | No Claim Filed |
| 50. | Harris Bank | Unsecured | | No Claim Filed |
| 51. | Michael Navilli & Sons | Unsecured | | No Claim Filed |
| 52. | Providian | Unsecured | | No Claim Filed |
| 53. | Mercedes Benz Financial | Unsecured | | No Claim Filed |
| 54. | Ocwen Loan Servicing LLC | Unsecured | | No Claim Filed |
| 55. | Mercedes Benz Financial | Unsecured | | No Claim Filed |
| 56. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 57. | Service Merchandise | Unsecured | | No Claim Filed |
| 58. | World Omni Fitness | Unsecured | | No Claim Filed |
| 59. | US Bank | Unsecured | | No Claim Filed |
| 60. | Washington Mutual Home Loan | Unsecured | | No Claim Filed |
| 61. | National Action Financial Services | Unsecured | | No Claim Filed |
| 62. | Mercedes Benz Financial | Unsecured | | No Claim Filed |
| 63. | SMG | Unsecured | | No Claim Filed |
| 64. | Fox Deluxe Foods & Craelius | Unsecured | | No Claim Filed |
| | | | $ 46,191.35 | $ 14,432.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 122.40 |
| 5.4% | 413.11 |
| 6.5% | 331.50 |
| | $ 867.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ioannou, Odysseus

Printed: 11/25/08

Case Number: 06 B 16839
Judge: Hollis, Pamela S
Filed: 12/19/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

